# DEFENDANT'S EXHIBIT A

# Case Action Summary of the State Court Action

## ALABAMA SJIS CASE DETAIL



alacourt.com

**PREPARED FOR: JUSTIN PARKER**
**8/7/2026 3:01:25 PM**

County: **03**     Case Number: **CV-2026-901217.00**     Court Action:

Style: **ARTHUR LEWIS V. MAYFIELD DAIRY FARMS, LLC ET AL**

Real Time

### Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 7/10/2026 | 4:32 PM | ECOMP | COMPLAINT E-FILED. | HUD037 |
| 7/10/2026 | 4:35 PM | FILE | FILED THIS DATE: 07/10/2026          (AV01) | AJA |
| 7/10/2026 | 4:35 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 7/10/2026 | 4:35 PM | ASSJ | ASSIGNED TO JUDGE: GREGORY O. GRIFFIN      (AV01) | AJA |
| 7/10/2026 | 4:35 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 7/10/2026 | 4:35 PM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 7/10/2026 | 4:35 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 7/10/2026 | 4:35 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 7/10/2026 | 4:35 PM | C001 | C001 PARTY ADDED: LEWIS ARTHUR          (AV02) | AJA |
| 7/10/2026 | 4:35 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 7/10/2026 | 4:35 PM | C001 | LISTED AS ATTORNEY FOR C001: HUDSON CHARLES DAVEN | AJA |
| 7/10/2026 | 4:35 PM | C001 | LISTED AS ATTORNEY FOR C001: CROW CHRISTINA DIANE | AJA |
| 7/10/2026 | 4:35 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 7/10/2026 | 4:35 PM | D001 | D001 PARTY ADDED: MAYFIELD DAIRY FARMS, LLC (AV02) | AJA |
| 7/10/2026 | 4:35 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 7/10/2026 | 4:35 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE      (AV02) | AJA |
| 7/10/2026 | 4:35 PM | D001 | PROCESS SERVE ISSUED: 07/10/2026 TO D001   (AV02) | AJA |
| 7/10/2026 | 4:35 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 7/10/2026 | 4:35 PM | D002 | D002 PARTY ADDED: HOGAN DEDICATED SERVICES, L.L.C. | AJA |
| 7/10/2026 | 4:35 PM | D002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 7/10/2026 | 4:35 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE      (AV02) | AJA |
| 7/10/2026 | 4:35 PM | D002 | PROCESS SERVE ISSUED: 07/10/2026 TO D002   (AV02) | AJA |
| 7/10/2026 | 4:35 PM | D002 | D002 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 7/13/2026 | 11:56 AM | EMISC | RETURN ON SERVICE - SERVED E-FILED | HUD037 |
| 7/13/2026 | 11:58 AM | EMISC | RETURN ON SERVICE - SERVED E-FILED | HUD037 |
| 7/13/2026 | 3:06 PM | D001 | SERVICE OF CERTIFIED MAI ON 07/13/2026 FOR D001 | PAS |
| 7/13/2026 | 3:06 PM | D001 | SERVICE OF PROCESS SERVE ON 07/13/2026 FOR D001 | PAS |
| 7/13/2026 | 3:07 PM | D002 | SERVICE OF PROCESS SERVE ON 07/13/2026 FOR D002 | PAS |

 **END OF THE REPORT**